# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 18, 2014

148324

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KENDRICK SCOTT,
        Defendant-Appellant.

SC: 148324
COA: 317915
Wayne CC: 99-005393-FC

_____/

      On order of the Court, the application for leave to appeal the November 5, 2013 order of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

      The application for leave to appeal remains pending.

      MCCORMACK, J., not participating because of her prior involvement in this case as counsel for a codefendant.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 18, 2014



Clerk

h0611